UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

KYLE RAYMOND MILLIS,

        Petitioner,               Case No. 1:25-cv-530

v.                                       Honorable Phillip J. Green

RANDEE REWERTS

        Respondent.
_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner must show cause within 28 days why the petition should not be dismissed as untimely.

Dated:  May 13, 2025                      /s/ Phillip J. Green
                                                      PHILLIP J. GREEN
                                                       United States Magistrate Judge